AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | |
|---|---|
| PACIFIC RIM LAND DEVELOPMENT, LLC<br>*Plaintiff*<br>v.<br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC<br>*Defendant* | )<br>)<br>) Civil Action No. 1:CV-19-00016<br>)<br>) |

FILED
Clerk
District Court
APR 27 2020
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* PACIFIC RIM LAND DEVELOPMENT, LLC recover from the defendant *(name)* IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC the amount of Five million six hundred fifty thousand dollars ($5,650,000.00), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Decision and Order Granting Partial SummaryJudgment on a motion for Plaintiff's Motion for Summary Judgment .

Date: 4/27/2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*