FILED
Clerk
District Court

JUN 09 2020

for the Northern Mariana Islands
By_____
(Deputy Clerk)

THOMPSON LAW, LLC
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Pacific Rim Land Development, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| PACIFIC RIM LAND DEVELOPMENT, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Defendant. | Case No. 1:19-cv-00016 |



RECEIVED
JUN 09 2020
U.S. Marshals Service
Northern Mariana Islands

### WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL FOR THE NORTHERN MARIANA ISLANDS and FIRST HAWAIIAN BANK:

An amended judgment having been entered in the above cause on May 28, 2020, in the sum of $6,909,333.43 plus post judgment interest (ECF No. 133), in favor of plaintiff, Pacific Rim Land Development, LLC, and against the defendant, Imperial Pacific International (CNMI), LLC. Said sum having not been paid, you are commanded to seize from the garnishee, FIRST HAWAIIAN BANK and FIRST HAWAIIAN BANK which is ordered to comply with this writ, any and all accounts, money or currency held by or under the control of defendant, Imperial Pacific International (CNMI), LLC, including, but not limited to, checking account

- 1 -

funds, savings account funds, private reserve account funds, CDs, cash, currency in safety deposit boxes and make return of this writ, and the execution thereof, according to law in an amount not exceeding $6,909,333.43 and are commanded to deposit all monies seized from the FIRST HAWAIIAN BANK into the Court's registry or account where said proceeds will remain until after Imperial Pacific International (CNMI), LLC has had an opportunity for an exemptions hearing.

      IN WITNESS WHEREOF, I, Heather Kennedy, Clerk of said Court, have set my hand this 8th day of June, 2020.

BY: */s/ Heather Kennedy*
HEATHER KENNEDY
Clerk, United States District Court
for the Northern Mariana Islands