**THOMPSON LAW, LLC**
Colin M. Thompson, Esq.
J.E. Tenorio Building
PMB 917 Box 10001
Saipan, Mariana Islands 96950
Telephone: (670) 233-0777
Facsimile: (670) 233-0776

*Attorney for Pacific Rim Land Development, LLC*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **PACIFIC RIM LAND DEVELOPMENT, LLC,**<br><br>                    **Plaintiff,**<br>         **vs.**<br><br>**IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,**<br><br>                    **Defendant.** | **Case No. 1:19-cv-00016**<br><br><br>**DECLARATION OF COLIN M. THOMPSON IN SUPPORT OF PACIFIC RIM LAND DEVELOPMENT, LLC'S THIRD APPLICATION FOR WRIT OF EXECUTION** |

I, Colin M. Thompson, make the following statements in support of Pacific Rim Land Development, LLC's Application for Writ of Execution:

1. I am over the age of eighteen, competent to make this declaration, and all statements made in this declaration are made based on my personal knowledge unless specifically indicated otherwise.

2. I am the attorney for Pacific Rim Land Development, LLC ("Pacific Rim").

3. On May 28, 2020, the Court granted an Amended Judgement in a Civil Action [ECF 133] for Imperial Pacific International (CNMI), LLC to pay Pacific Rim Six Million Nine Hundred Nine Thousand Three Hundred Thirty-Three and 43/10 ($6,909,333.43 USD).

4.     As provided in 26 U.S.C. § 1961, post-judgment interest, accruing on the Judgment on May 28, 2020

5.     On May 8, 2020, I contacted Attorney for IPI, Denny Nie, to demand payment for the Judgment.

6.     Attorney Michael Dotts responded on May 8, 2020 and informed me that IPI would seek a stay on the enforcement of Judgment. IPI did not offer to pay the judgment.

7.     Since May 8, 2020, IPI has not expressed to me that it intends to pay the Judgment voluntarily.

8.     IPI has not paid any sum due under the Judgment.

9.     Upon information and belief, IPI possesses accounts valuable fixtures, furniture, equipment, cash and vehicles in the Imperial Pacific Resort & Casino located in Garapan, Saipan.

10.    Attached as **Exhibit A** is a list of vehicles owned and controlled by Imperial Pacific International (CNMI), LLC and/or it's subsidiaries.

11.    Upon information and belief, the items are located in the Imperial Pacific Resort & Casino situated in the Commonwealth of the Northern Mariana Islands.

I declare under the penalty of perjury that the above statements are true to the best of my knowledge and that this declaration was signed on June 16, 2020 on Saipan, Commonwealth of the Northern Mariana Islands.

*/s/ Colin M. Thompson*
**THOMPSON LAW, LLC**
Colin M. Thompson

– 2 –

**Imperial Pacific International (CNMI), LLC**
**Vehicles and Heavy Equipment**

| No. | License Plate | Make | Model | Color |
|---|---|---|---|---|
| 1 | BUS595 | THOMAS | BUS | BLUE |
| 2 | BEST06 | LINCOLN | LIMOUSINE | BLACK |
| 3 | HE3549 | HOWOA1 | | BLACK |
| 4 | BUS597 | THOMAS | BUS | BLUE |
| 5 | HE3517 | HYUNDAI | BOOM TRUCK | WHITE |
| 6 | HE3550 | HOWOA1 | | BLACK |
| 7 | HE3519 | ZOOMLION | CRANE | GREEN/GRAY |
| 8 | BEST20 | | VAN | BLACK |
| 9 | BEST07 | | LIMOUSINE | BLACK |
| 10 | BEST30 | | VAN | BLACK |
| 11 | BEST28 | | VAN | BLACK |
| 12 | AFC191 | NISSAN QUEST | VAN | WHITE |
| 13 | BUS534 | | VAN | RED |
| 14 | BEST32 | | VAN | BLACK |
| 15 | BEST22 | | HAMMER | BLACK |
| 16 | HE3545 | HOWOA7 | TRAILER TRUCK | BLACK |
| 17 | BUS1414 | STAR CRAFT | BUS | WHITE |
| 18 | HE3496 | HOWOA7 | TRAILER TRUCK | BLACK |
| 19 | HE3495 | HOWOA7 | TRAILER TRUCK | BLACK |
| 20 | HE3548 | HOWOA7 | TRAILER TRUCK | BLACK |
| 21 | BEST888 | | SEDAN | WHITE |
| 22 | UNKNOWN | UNKNOWN | FLAT BED | BLACK |
| 23 | UNKNOWN | UNKNOWN | BACKHOE | YELLOW |
| 24 | UNKNOWN | UNKNOWN | DUMPTRUCK | RED |
| 25 | UNKNOWN | UNKNOWN | FORKLIFT | ORANGE |
| 26 | UNKNOWN | UNKNOWN | VAN | WHITE |
| 27 | UNKNOWN | UNKNOWN | WATER TRUCK | ORANGE |
| 28 | UNKNOWN | UNKNOWN | FORKLIFT | ORANGE |
| 29 | UNKNOWN | HOWO | BOOM TRUCK | WHITE |
| 30 | UNKNOWN | UNKNOWN | CONCRETE PUMP | WHITE/ORANGE |
| 31 | BEST26 | | | |
| 32 | BEST39 | | | |
| 33 | BEST33 | | | |
| 34 | BEST88 | | | |
| 35 | BEST08 | | | |
| 36 | BEST36 | | | |
| 37 | BEST05 | | | |
| 38 | BEST27 | | | |
| 39 | BEST12 | | | |

# EXHIBIT A





2



3



4



5





7



8



9



10





12







14





















24





26



27



**Eloisa San Nicolas**

| | |
|---|---|
| **From:** | Eloisa San nicolas <sannicolas.eloisa@gmail.com> |
| **Sent:** | Monday, June 15, 2020 6:31 PM |
| **To:** | Eloisa San Nicolas |



29

**Eloisa San Nicolas**

| | |
|---|---|
| **From:** | Eloisa San nicolas <sannicolas.eloisa@gmail.com> |
| **Sent:** | Monday, June 15, 2020 6:30 PM |
| **To:** | Eloisa San Nicolas |



30