UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Clerk
District Court

AUG 26 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| PACIFIC RIM LAND DEVELOPMENT, LLC,<br><br>                Plaintiff-Appellee,<br><br> v.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>                Defendant-Appellant. | No.    20-16047<br><br>D.C. No. 1:19-cv-00016<br>District of the Northern Mariana Islands,<br>Saipan<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant Imperial Pacific International (CNMI), LLC's unopposed motion for an extension of time to file a response (Docket Entry No. 63) is denied. *See* 9th Cir. R. 39-1.9 ("No response to a motion for reconsideration of a fee order is permitted unless requested by the Appellate Commissioner or the court, but ordinarily neither the Appellate Commissioner nor the Court will grant reconsideration without requesting a response.").