AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

| | | |
|---|---|---|
| PACIFIC RIM LAND DEVELOPMENT, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:19-cv-00016 |
| IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC | ) | |
| *Defendant* | ) | |

**FILED**
Clerk
District Court
JAN 23 2024
for the Northern Mariana Islands
By_____
(Deputy Clerk)

## SECOND AMENDED
## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* PACIFIC RIM LAND DEVELOPMENT, LLC recover from the defendant *(name)* IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC the amount of Six Million Nine Hundred Nine Thousand Three Hundred Thirty-Three and 43/10 dollars ($6,909,333.43), which includes prejudgment interest at the rate of 12.00 %, plus post judgment interest at the rate of 0.17 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to the Order Directing Entry of Stipulated Second Amended Judgment, and Acknowledging Satisfaction of Second Amended Judgment by Defendant (ECF No. 332), **$81,559.05** is included as an additional amount to the Amended Judgment (ECF No. 133) for any and all claims due or claimed pursuant to the Amended Judgment and any pending or potential petitions for attorneys' fees, costs, or interest in this case for a final payment in this said amount, and acknowledges the full satisfaction of the Second Amended Judgment amount.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Decision and Order Granting Partial Summary Judgment on a motion for Plaintiff's Motion for Summary Judgment.

Date: 1/23/2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*